JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WASHINGTON SQUARE FILMS, INC.,

               Plaintiff,

   v.

DUTCHMAN FILM, INC., et al.,

               Defendants.

Case No. CV 25-8481-GW-SKx

**ORDER TO DISMISS WITHOUT PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

    IT IS SO ORDERED.

Dated: January 23, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE